APPLICATION    #33780

Date  October 7, 1997

**07 C 7142**

TO TRUSTEES OF PIPE FITTERS' WELFARE FUND,
LOCAL NO. 597

Gentlemen:

The undersigned, J & B MECHANICAL, INC.

_____ of _____
(indicate whether individual, partnership or corporation)

Illinois, represents that it employs employees under the jurisdiction of the Area Collective Bargaining Agreement between Mechanical Contractors' Chicago Association and Pipe Fitters' Association, Local No. 597, and hereby makes application to participate in and contribute to Pipe Fitters' Welfare Fund, Local No. 597.

It is understood and agreed that contributions will be made for all eligible employees pursuant to the provisions of the Agreement and Declaration of Trust of said Welfare Fund, and that contributions will be made at such times and at such rate as determined from time to time.

The undersigned understands that the present rate of contribution is $3.85 per hour for all hours worked by eligible employees.

The undersigned further agrees to abide by the terms and conditions of said Agreement and Declaration of Trust and any amendments thereto.

This application shall become effective upon acceptance by the Trustees and contributions shall then begin.

Kuszynski

Address  128 W. Pratt Boulevard
Schaumburg, IL 60172-5011

Telephone  (630) 924-1725

Company  J & B MECHANICAL, INC.

By  Mary Jo Slavich

Title  President

You are hereby notified that the Trustees of Pipe Fitters' Welfare Fund, Local No. 597, have approved the above application.

Thomas E. Kiley
Administrative Manager

PIPE FITTERS' WELFARE FUND,
LOCAL NO. 597

EXHIBIT 1

JUDGE PALLMEYER
MAGISTRATE JUDGE SCHENKIER

# APPLICATION

Date October 7, 1997

TO TRUSTEES OF PIPE FITTERS' RETIREMENT FUND,
LOCAL NO. 597

Gentlemen:

The undersigned, J & B MECHANICAL, INC.

_____ of _____
(indicate whether individual, partnership or corporation)

Illinois, represents that it employs employees under the jurisdiction of the Area Collective Bargaining Agreement between Mechanical Contractors' Chicago Association and Pipe Fitters' Association, Local No. 597, and hereby makes application to participate in and contribute to Pipe Fitters' Retirement Fund, Local No. 597.

It is understood and agreed that contributions will be made for all eligible employees pursuant to the provisions of the Trust Agreement and Retirement Plan of said Pipe Fitters' Retirement Fund, Local No. 597, and that contributions will be made at such times and at such rate as determined from time to time. The undersigned understands that the present rate of contribution is $2.50 per hour for all hours worked by employees who are subject to the provisions of the Area Collective Bargaining Agreement including service and appliance fitters.

The undersigned further agrees to abide by the terms and conditions of said Trust Agreement and Retirement Plan and any amendments thereto.

This application shall become effective upon acceptance by the Trustees and contributions shall then begin.

Kuszynski

Company J & B MECHANICAL, INC.

By _Mary Jo Slavich_

Title President

Address 128 W. Pratt Boulevard
Schaumburg, IL 60172-5011

Telephone (630) 924-1725

You are hereby notified that the Trustees of Pipe Fitters' Retirement Fund, Local No. 597, have approved the above application.

_Thomas E. Kilo_
Administrative Manager

PIPE FITTERS' RETIREMENT FUND,
LOCAL NO. 597

## APPLICATION

Date October 7, 1997

TO TRUSTEES OF PIPE FITTERS' TRAINING FUND,
LOCAL NO. 597

Gentlemen:

The undersigned, __J & B MECHANICAL, INC.__

_____of_____
(indicate whether individual, partnership or corporation)

Illinois, represents that it employs employees under the jurisdiction of the Area Collective Bargaining Agreement between Mechanical Contractors' Chicago Association and Pipe Fitters' Association, Local No. 597, and hereby makes application to participate in and contribute to Pipe Fitters' Training Fund, Local No. 597.

It is understood and agreed that contributions will be made for all eligible employees pursuant to the provisions of the Trust Agreement and Training Plan of said Pipe Fitters' Training Fund, Local No. 597, and that contributions will be made at such times and at such rate as determined from time to time.

The undersigned understands that the present rate of contribution is $.27 per hour for all hours worked by employees who are subject to the provisions of the Area Collective Bargaining Agreement, including service and appliance fitters.

The undersigned further agrees to abide by the terms and conditions of said Trust Agreement and Training Plan and any amendments thereto.

This application shall become effective upon acceptance by the Trustees and contributions shall then begin.

Kuszynski

Company __J & B MECHANICAL, INC.__

By _____Mary Jo Slavich_____
    Mary Jo Slavich

Title __President__

Address __128 W. Pratt Boulevard
         Schaumburg, IL 60172-5011__

Telephone __(630) 924-1725__

You are hereby notified that the Trustees of Pipe Fitters' Training Fund, Local No. 597, have approved the above application.

_____Thomas E. Kiley_____
Administrative Manager

PIPE FITTERS' TRAINING FUND,
LOCAL NO. 597