**COSTIN HAMMEL & LEAKE, L.L.C.**
Certified Public Accountants

*Scan audit*

**07 C 7142**

EMPLOYER: J & B Mechanical, Inc.    ACCOUNT #:    33780

TRUST FUND: Pipefitters' Local 597    DATE:    2/23/2005

EXAMINATION PERIOD:    January 2002 through November 2004

At the request of the above referenced Trust Fund, we have reviewed certain records provided by you for the above referenced examination period. Our review was made solely to assist the Trust Fund in evaluating the accuracy of your reporting of hours and payment of contributions to the Fringe Benefits Funds during this period.

Our report covers only those records made available by you, and may not be relied upon as interpretive of the underlying Collective Bargaining or Trust Agreements. You should contact your own counsel, or the Trust Fund directly, if you have any questions regarding the provisions of these Agreements.

To avoid misunderstandings, and the duplication of efforts, we recommend that any information which you believe will alter a determination of apparent discrepancies (see B. below) be brought to our attention immediately.

We anticipate our report to the Trust Fund will indicate the following:

    _____ a. During the performance of our review, no discrepancies were noted in reported hours or contributions due.

    __X__ b. During the performance of our review, apparent discrepancies were noted in reported hours and/or contributions due. These result from, or relate to:

        __X__ clerical errors

        _____ subcontracting

        __X__ omissions

    _____ c. Due to restrictions placed upon us by the Employer, we were unable to complete our review.

    _____ d. _____

Should there be any change in our report, we will notify you accordingly.

Thank you for your cooperation.

Costin, Hammel & Leake, L.L.C.

by *Michael B. Leake*

Jo Slowick
630-924-1725

12130 South Harlem Ave., Palos Heights, IL 60463 - Telephone 708-361-5970



EXHIBIT 3

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE SCHENKIER**

# INDEPENDENT ACCOUNTANT'S REPORT

Re: J & B Mechanical, Inc.

Account Number: 33780

Examination Period: January 2002 through November 2004

Mr. Peter Driscoll, Administrator
Pipe Fitters' Welfare, Retirement and
Training Funds, Local #597
45 N. Ogden Avenue
Chicago, IL 60607

We have examined the assertion made by the management of the above referenced signatory employer, contained in their monthly contribution reports filed with the Pipe Fitters' Association, Local Union #597, that the employer complied with the Collective Bargaining and Trust Agreements during the specified period. Management of the employer is responsible for compliance with those requirements. Our responsibility is to express an opinion on management's assertion about the employer's compliance based upon our examination.

Our examination was made in accordance with standards established by the American Institute of Certified Public Accountants and, accordingly, included examining, on a test basis, evidence about the employer's compliance with those requirements and performing such other procedures as we considered necessary in the circumstances. We believe that our examination provides a reasonable basis for our opinion. Our examination does not provide a legal determination on the employer's compliance with specified requirements.

Our examination disclosed material noncompliance with the Collective Bargaining and Trust Agreements applicable to the employer for the specified period. The report on the employer's noncompliance in this regard is enclosed in the attached Compliance Audit Summary.

In our opinion, because of the material noncompliance referred to in the preceding paragraph, management's assertion that the employer complied with the aforementioned requirements for the specified period is not fairly stated.

This report is intended solely for the Pipe Fitters' Association, Local Union #597.

COSTIN, HAMMEL & LEAKE, LLC

# COSTIN, HAMMEL & LEAKE, L.L.C.
## CERTIFIED PUBLIC ACCOUNTANTS
## COMPLIANCE AUDIT SUMMARY

**COMPLIANCE AUDIT REPORT OF**

ACCOUNT NUMBER   33780

J & B Mechanical, Inc.
128 W. Pratt Blvd.
Schaumburg, IL 60172

**COVERING THE PERIOD OF**

January 2002 through November 2004

**CONTACT INFORMATION**

Tim Vande Werken

**ACCOUNTING RECORDS AT**

John H. Evenhouse & Co., P.C.

## COMPLIANCE AUDIT SUMMARY

**AUDIT INITIATION**

Random

**COMPLIANCE AUDIT RESULT**

Discrepancies

**ASSOCIATED ACCOUNTS**

**COMPLIANCE AUDIT PERFORMED**

January 2005

| DISCREPANCY | |
|---|---|
| HOURS | DOLLARS |
| 1052.09 | $ 12,247.20 |

**EMPLOYER ACCOUNTING RECORDS REVIEWED**

Contribution reports to this Trust Fund
Payroll Journals
Time sheet summaries
Quarterly federal tax return (Form 941)
Quarterly unemployment wage reports
Transmittal of income and tax statements
Wage and tax statements (Form W-2)
Disbursement journals

# COSTIN, HAMMEL & LEAKE, L.L.C.
## CERTIFIED PUBLIC ACCOUNTANTS
## COMPLIANCE AUDIT SUMMARY

COMPLIANCE AUDIT REPORT OF:

ACCOUNT NUMBER   33780

J & B Mechanical, Inc.
128 W. Pratt Blvd.
Schaumburg, IL 60172

COVERING THE PERIOD OF:

January 2002 through November 2004

CONTACT INFORMATION:

Tim Vande Werken

ACCOUNTING RECORDS AT:

John H. Evenhouse & Co., P.C.

## COMPLIANCE AUDIT REMARKS

Discrepancies noted during the audit period were due to clerical errors and omissions.

During the audit period, company president, Slavich, J. (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) reported between 0 and 184 hours per month. We have divided his earnings by the journeyman hourly wage rate and have included any differences in the discrepancies. Please see the attached computation.

Attached is an unverified employee listing.

_____   _____   _____
Auditor                    Date      Approved

# COSTIN, HAMMEL & LEAKE, LLC
## CERTIFIED PUBLIC ACCOUNTANTS
### UNVERIFIED INDIVIDUALS LISTING

COMPLIANCE AUDIT REPORT OF

ACCOUNT NUMBER      33780

J & B Mechanical, Inc.
128 W. Pratt Blvd.
Schaumburg, IL 60172

LEGEND
UNVERIFIED LIST

Social Security Number
Employee Name
Pay Rate/Basis
Stated Job Description

---

Anthony Lira
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
1171 Roosa Ln.
Elk Grove Village, IL
60007
2002 $4656.25
2003 $9218.75
Truck Driver

Todd Carey
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
5707 Gardner Ct.
Hanover Park, IL 60133
2003 $33597.75
2004 $3570.75
Truck Driver

Robert Schlenker
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
1010 Boston Circle
Schaumburg, IL 60193
2003 $2424.50
Truck Driver

Mary Jo Slavich
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
128 W. Pratt Boulevard
Schaumburg, IL 60172
2002 $68155.42
2003 $65500.00
2004 $52000.00
Office Manager

Regina Finnegan
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
386 Alles St. Apt#1203
Des Plaines, IL 60016
2003 $533.00
Office/Clerical

Lisa Partynski
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
1826 Portland Dr.
Schaumburg, IL 60194
2003 $3368.00
Office/Clerical

Scott Sadowski
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
1310 Gifford Ct. Unit A
Hanover Park, IL 60133
2003  $3955.51
2004 $17523.03
Truck Driver

## COSTIN, HAMMEL & LEAKE, L.L.C.
### CERTIFIED PUBLIC ACCOUNTANTS
SUMMARY OF CONTRIBUTIONS DUE BY FUND

Employer: J & B Mechanical, Inc.   Account #: 33780   Compliance Audit Period:

January 2002 through November 2004

Trust Fund: Pipe Fitters' Welfare, Retirement and Training Funds

| Construction Fund Description | Contribution Period From | To | Discrepancy Hours | Contribution Rate | Contributions Due |
|---|---|---|---|---|---|
| Pipefitters Association Local 597 | 1-1-02 | 5-31-02 | 225.69 | 0.33 | 74.48 |
|  | 6-1-02 | 12-31-02 | (28.50) | 0.20 | (5.70) |
|  | 6-1-02 | 12-31-02 | (9.00) | 0.25 | (2.25) |
|  | 6-1-02 | 12-31-02 | 157.69 | 0.33 | 52.04 |
|  | 1-1-03 | 5-31-03 | 58.16 | 0.33 | 19.19 |
|  | 6-1-03 | 5-31-04 | (57.50) | 0.17 | (9.78) |
|  | 6-1-03 | 5-31-04 | 425.55 | 0.34 | 144.69 |
|  | 6-1-04 | 5-31-05 | 280.00 | 0.35 | 98.00 |
| **Pipefitters Association Local 597 Total:** |  |  | 1052.09 |  | $370.67 |
| Pipefitters Welfare Fund Local 597 | 1-1-02 | 5-31-02 | 225.69 | 4.00 | 902.76 |
|  | 6-1-02 | 12-31-02 | 120.19 | 4.47 | 537.25 |
|  | 1-1-03 | 5-31-03 | 58.16 | 4.47 | 259.98 |
|  | 6-1-03 | 5-31-04 | 368.05 | 5.72 | 2,105.25 |
|  | 6-1-04 | 5-31-05 | 280.00 | 6.41 | 1,794.80 |
| **Pipefitters Welfare Fund Total:** |  |  | 1052.09 |  | $5,600.04 |
| Pipefitters Retirement Fund Local 597 | 1-1-02 | 5-31-02 | 225.69 | 4.55 | 1,026.89 |
|  | 6-1-02 | 12-31-02 | 120.19 | 5.10 | 612.97 |
|  | 1-1-03 | 5-31-03 | 58.16 | 5.10 | 296.62 |
|  | 6-1-03 | 5-31-04 | 368.05 | 5.35 | 1,969.07 |
|  | 6-1-04 | 5-31-05 | 280.00 | 5.60 | 1,568.00 |
| **Pipefitters Retirement Fund Total:** |  |  | 1052.09 |  | $5,473.55 |
| Pipefitters Training Fund Local 597 | 1-1-02 | 5-31-02 | 225.69 | 0.49 | 110.59 |
|  | 6-1-02 | 12-31-02 | 120.19 | 0.49 | 58.89 |
|  | 1-1-03 | 5-31-03 | 58.16 | 0.53 | 30.82 |
|  | 6-1-03 | 5-31-04 | 368.05 | 0.59 | 217.15 |
|  | 6-1-04 | 5-31-05 | 280.00 | 0.65 | 182.00 |
| **Pipefitters Training Fund Total:** |  |  | 1052.09 |  | $599.45 |
| Piping Education Fund | 1-1-02 | 5-31-02 | 225.69 | 0.18 | 40.62 |
|  | 6-1-02 | 12-31-02 | 120.19 | 0.18 | 21.63 |
|  | 1-1-03 | 5-31-03 | 58.16 | 0.20 | 11.63 |
|  | 6-1-03 | 5-31-04 | 368.05 | 0.20 | 73.61 |
|  | 6-1-04 | 5-31-05 | 280.00 | 0.20 | 56.00 |
| **Piping Education Fund Total:** |  |  | 1052.09 |  | $203.49 |
| Remainder Due To Monthly Fractional Hours: |  |  |  |  | (0.00) |
| **Grand Total Due:** |  |  |  |  | **$12,247.20** |

## COSTIN, HAMMEL & LEAKE, L.L.C.
### CERTIFIED PUBLIC ACCOUNTANTS
### DISCREPANCY SUMMARY BY REPORTING PERIOD

| COMPLIANCE AUDIT REPORT OF: | | COVERING THE PERIOD OF |
|---|---|---|
| ACCOUNT NUMBER: | 33780 | January 2002 through November 2004 |
| J & B Mechanical, Inc. | | CONTACT INFORMATION |
| 128 W. Pratt Blvd. | | |
| Schaumburg, IL 60172 | | Tim Vande Werken |
| | | ACCOUNTING RECORDS AT |
| | | John H. Evenhouse & Co., P.C. |

| Period | Discrepancy Hours | Contribution Rate | Apprentice Discrepancy Hours | Apprentice Contribution Rate | TOTAL |
|---|---|---|---|---|---|
| Jan-02 | 66.42 | 9.55 | | | $634.31 |
| Feb-02 | 33.94 | 9.55 | | | 324.13 |
| Mar-02 | 25.94 | 9.55 | | | 247.73 |
| Apr-02 | 57.94 | 9.55 | | | 553.33 |
| May-02 | 41.45 | 9.55 | | | 395.85 |
| Jun-02 | (9.00) | 10.49 | | | (94.41) |
| Jun-02 | 7.58 | 10.57 | | | 80.12 |
| Jul-02 | 102.74 | 10.57 | | | 1085.96 |
| Aug-02 | | | (28.50) | 10.44 | (297.54) |
| Aug-02 | 47.37 | 10.57 | | | 500.70 |
| Jan-03 | (24.65) | 10.63 | | | (262.03) |
| Feb-03 | (16.97) | 10.63 | | | (180.39) |
| Mar-03 | 22.70 | 10.63 | | | 241.30 |
| Apr-03 | 62.38 | 10.63 | | | 663.10 |
| May-03 | 14.70 | 10.63 | | | 156.26 |
| Jun-03 | 28.24 | 12.20 | | | 344.53 |
| Jul-03 | 52.24 | 12.20 | | | 637.33 |
| Aug-03 | 20.24 | 12.20 | | | 246.93 |
| Sep-03 | 67.29 | 12.20 | | | 820.94 |
| Oct-03 | (66.00) | 12.03 | | | (793.98) |
| Oct-03 | 70.24 | 12.20 | | | 856.93 |
| Nov-03 | 36.24 | 12.20 | | | 442.13 |
| Dec-03 | 20.24 | 12.20 | | | 246.93 |
| Jan-04 | 39.06 | 12.20 | | | 476.53 |
| Mar-04 | 18.82 | 12.20 | | | 229.60 |
| Apr-04 | (2.35) | 12.20 | | | (28.67) |
| May-04 | 8.50 | 12.03 | | | 102.26 |
| May-04 | 75.29 | 12.20 | | | 918.54 |
| Jun-04 | 133.71 | 13.21 | | | 1766.31 |
| Jul-04 | 34.29 | 13.21 | | | 452.97 |
| Oct-04 | (5.71) | 13.21 | | | (75.43) |
| Nov-04 | 117.71 | 13.21 | | | 1554.95 |

Total  $12,247.22
Rounding  (0.02)
Grand Total Due:  $ 12,247.20
Period(s) Listed:  28

# COSTIN, HAMMEL & LEAKE, L.L.C.
## CERTIFIED PUBLIC ACCOUNTANTS
### DISCREPANCY SUMMARY BY EMPLOYEE

| COMPLIANCE AUDIT REPORT OF: | | COVERING THE PERIOD OF: |
|---|---|---|

ACCOUNT NUMBER:            33780                            1/1/2002 through 5/31/2002

J&B Mechanical, Inc.
128 W. Pratt Blvd.
Schaumburg, IL 60172                                PAGE NUMBER:    1

| Month | Employee SSN | Employee Name Last | First | Hours Reported | Hours Worked | Difference |
|---|---|---|---|---|---|---|
| January | 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 | Slavich | J. | 176.00 | 242.42 | 66.42 |
| February | 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 | Slavich | J. | 160.00 | 193.94 | 33.94 |
| March | 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 | Slavich | J. | 168.00 | 193.94 | 25.94 |
| April | 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 | Slavich | J. | 136.00 | 193.94 | 57.94 |
| May | 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 | Slavich | J. | 104.00 | 145.45 | 41.45 |
| TOTAL HOURS THIS PAGE | | | | 744.00 | 969.69 | 225.69 |

# COSTIN, HAMMEL & LEAKE, L.L.C.
## CERTIFIED PUBLIC ACCOUNTANTS
### DISCREPANCY SUMMARY BY EMPLOYEE

| COMPLIANCE AUDIT REPORT OF: | COVERING THE PERIOD OF: |
|---|---|
| ACCOUNT NUMBER: 33780 | 6/1/2002 through 12/31/2002 |
| J&B Mechanical, Inc.<br>128 W. Pratt Blvd.<br>Schaumburg, IL 60172 | PAGE NUMBER: 2 |

| Month | Employee SSN | Employee Name Last | First | Hours Reported | Hours Paid | Difference |
|---|---|---|---|---|---|---|
| June | 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 | Slavich | J. | 88.00 | 95.58 | 7.58 |
| July | 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 | Slavich | J. | 184.00 | 286.74 | 102.74 |
| August | 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 | Slavich | J. | 96.00 | 143.37 | 47.37 |
| September | 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 | Slavich | J. | 0.00 | 0.00 | 0.00 |
| October | 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 | Slavich | J. | 0.00 | 0.00 | 0.00 |
| November | 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 | Slavich | J. | 0.00 | 0.00 | 0.00 |
| December | 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 | Slavich | J. | 0.00 | 0.00 | 0.00 |
| June | 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 | Schlenker | B. | 44.50 | 35.50 | (9.00) |
| August | 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 | Taylor | J. | 210.00 | 181.50 | (28.50) |
| TOTAL HOURS THIS PAGE | | | | 622.50 | 742.69 | 120.19 |

# COSTIN, HAMMEL & LEAKE, L.L.C.
## CERTIFIED PUBLIC ACCOUNTANTS
### DISCREPANCY SUMMARY BY EMPLOYEE

COMPLIANCE AUDIT REPORT OF:

COVERING THE PERIOD OF:

ACCOUNT NUMBER: 33780

1/1/2003 through 5/31/2003

J&B Mechanical, Inc.
128 W. Pratt Blvd.
Schaumburg, IL 60172

PAGE NUMBER: 3

| Month | Employee SSN | Employee Name Last | First | Hours Reported | Hours Paid | Difference |
|---|---|---|---|---|---|---|
| January | 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 | Slavich | J. | 120.00 | 95.35 | (24.65) |
| February | 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 | Slavich | J. | 160.00 | 143.03 | (16.97) |
| March | 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 | Slavich | J. | 168.00 | 190.70 | 22.70 |
| April | 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 | Slavich | J. | 176.00 | 238.38 | 62.38 |
| May | 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 | Slavich | J. | 176.00 | 190.70 | 14.70 |
| TOTAL HOURS THIS PAGE | | | | 800.00 | 858.16 | 58.16 |

## COSTIN, HAMMEL & LEAKE, L.L.C.
### CERTIFIED PUBLIC ACCOUNTANTS
### DISCREPANCY SUMMARY BY EMPLOYEE

COMPLIANCE AUDIT REPORT OF:

ACCOUNT NUMBER: 33780

J&B Mechanical, Inc.
128 W. Pratt Blvd.
Schaumburg, IL 60172

COVERING THE PERIOD OF:

6/1/2003 through 5/31/2004

PAGE NUMBER: 4

| Month | Employee SSN | Employee Name Last | First | Hours Reported | Hours Paid | Difference |
|---|---|---|---|---|---|---|
| June | 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 | Slavich | J. | 160.00 | 188.24 | 28.24 |
| July | 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 | Slavich | J. | 136.00 | 188.24 | 52.24 |
| August | 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 | Slavich | J. | 168.00 | 188.24 | 20.24 |
| September | 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 | Slavich | J. | 168.00 | 235.29 | 67.29 |
| October | 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 | Slavich | J. | 118.00 | 188.24 | 70.24 |
| November | 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 | Slavich | J. | 152.00 | 188.24 | 36.24 |
| December | 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 | Slavich | J. | 168.00 | 188.24 | 20.24 |
| January | 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 | Slavich | J. | 8.00 | 47.06 | 39.06 |
| February | 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 | Slavich | J. | 0.00 | 0.00 | 0.00 |
| March | 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 | Slavich | J. | 40.00 | 58.82 | 18.82 |
| April | 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 | Slavich | J. | 120.00 | 117.65 | (2.35) |
| May | 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 | Slavich | J. | 160.00 | 235.29 | 75.29 |
| October | 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 | Guzior | P. | 184.00 | 118.00 | (66.00) |
| May | 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 | Guzior | P. | 177.50 | 186.00 | 8.50 |
| TOTAL HOURS THIS PAGE | | | | 1,759.50 | 2,127.55 | 368.05 |

## COSTIN, HAMMEL & LEAKE, L.L.C.
CERTIFIED PUBLIC ACCOUNTANTS
DISCREPANCY SUMMARY BY EMPLOYEE

| COMPLIANCE AUDIT REPORT OF: | | COVERING THE PERIOD OF: |
|---|---|---|
| ACCOUNT NUMBER: 33780 | | 6/1/2004 through 11/30/2004 |
| J&B Mechanical, Inc.<br>128 W. Pratt Blvd.<br>Schaumburg, IL 60172 | | PAGE NUMBER: 5 |

| Month | Employee SSN | Employee Name Last | First | Hours Reported | Hours Paid | Difference |
|---|---|---|---|---|---|---|
| June | 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 | Slavich | J. | 152.00 | 285.71 | 133.71 |
| July | 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 | Slavich | J. | 80.00 | 114.29 | 34.29 |
| August | 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 | Slavich | J. | 0.00 | 0.00 | 0.00 |
| September | 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 | Slavich | J. | 0.00 | 0.00 | 0.00 |
| October | 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 | Slavich | J. | 120.00 | 114.29 | (5.71) |
| November | 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 | Slavich | J. | 168.00 | 285.71 | 117.71 |
| TOTAL HOURS THIS PAGE | | | | 520.00 | 800.00 | 280.00 |

**J & B Mechanical** President - John Slavich
#33780            Journeyman
Hours Reported for months covering    Gross
Jan 2002 through Nov 2004              Wages

|  | Cont. Rep. | Time Sheets | Wage Rate Per Hour | Per Payroll Summary |  |  | Hours Assumed | Difference |
|---|---|---|---|---|---|---|---|---|
| Jan-02 | 176 | 176 | 33.00 | $8,000.00 |  |  | 242.42 | 66.42 |
| Feb-02 | 160 | 160 | 33.00 | 6,400.00 |  |  | 193.94 | 33.94 |
| Mar-02 | 168 | 128 | 33.00 | 6,400.00 |  |  | 193.94 | 25.94 |
| Apr-02 | 136 | 136 | 33.00 | 6,400.00 |  |  | 193.94 | 57.94 |
| May-02 | 104 | 104 | 33.00 | 4,800.00 |  |  | 145.45 | 41.45 |
| Jun-02 | 88 | 80 | 33.48 | 3,200.00 |  |  | 95.58 | 7.58 |
| Jul-02 | 184 | 184 | 33.48 | 9,600.00 |  |  | 286.74 | 102.74 |
| Aug-02 | 96 | 96 | 33.48 | 4,800.00 |  |  | 143.37 | 47.37 |
| Sep-02 | 0 | 0 | 33.48 | 0.00 |  |  | 0.00 | 0.00 |
| Oct-02 | 0 | 0 | 33.48 | 0.00 |  |  | 0.00 | 0.00 |
| Nov-02 | 0 | 0 | 33.48 | 0.00 |  |  | 0.00 | 0.00 |
| Dec-02 | 0 | 0 | 33.48 | 0.00 | $49,600.00 |  | 0.00 | 0.00 |
| Jan-03 | 120 | 120 | 33.56 | $3,200.00 |  |  | 95.35 | (24.65) |
| Feb-03 | 160 | 160 | 33.56 | 4,800.00 |  |  | 143.03 | (16.97) |
| Mar-03 | 168 | 168 | 33.56 | 6,400.00 |  |  | 190.70 | 22.70 |
| Apr-03 | 176 | 176 | 33.56 | 8,000.00 |  |  | 238.38 | 62.38 |
| May-03 | 176 | 176 | 33.56 | 6,400.00 |  |  | 190.70 | 14.70 |
| Jun-03 | 160 | 128 | 34.00 | 6,400.00 |  |  | 188.24 | 28.24 |
| Jul-03 | 136 | 136 | 34.00 | 6,400.00 |  |  | 188.24 | 52.24 |
| Aug-03 | 168 | 168 | 34.00 | 6,400.00 |  |  | 188.24 | 20.24 |
| Sep-03 | 168 | 168 | 34.00 | 8,000.00 |  |  | 235.29 | 67.29 |
| Oct-03 | 118 | 184 | 34.00 | 6,400.00 |  |  | 188.24 | 70.24 |
| Nov-03 | 152 | 152 | 34.00 | 6,400.00 |  |  | 188.24 | 36.24 |
| Dec-03 | 168 | 168 | 34.00 | 11,400.00 | $80,200.00 | **(5,000 Bonus) | 188.24 | 20.24 |
| Jan-04 | 8 | 8 | 34.00 | $1,600.00 |  |  | 47.06 | 39.06 |
| Feb-04 | 0 | 0 | 34.00 | 0.00 |  |  | 0.00 | 0.00 |
| Mar-04 | 40 | 40 | 34.00 | 2,000.00 |  |  | 58.82 | 18.82 |
| Apr-04 | 120 | 120 | 34.00 | 4,000.00 |  |  | 117.65 | (2.35) |
| May-04 | 160 | 160 | 34.00 | 8,000.00 |  |  | 235.29 | 75.29 |
| Jun-04 | 152 | 152 | 35.00 | 10,000.00 |  |  | 285.71 | 133.71 |
| Jul-04 | 80 | 80 | 35.00 | 4,000.00 |  |  | 114.29 | 34.29 |
| Aug-04 | 0 | 0 | 35.00 | 0.00 |  |  | 0.00 | 0.00 |
| Sep-04 | 0 | 0 | 35.00 | 0.00 |  |  | 0.00 | 0.00 |
| Oct-04 | 120 | 120 | 35.00 | 4,000.00 |  |  | 114.29 | (5.71) |
| Nov-04 | 168 | 168 | 35.00 | 10,000.00 | $43,600.00 (thru 11-04) |  | 285.71 | 117.71 |

Total Difference   1,147.08