**AEE**

**FILED**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

**DECEMBER 19, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7142**

In the Matter of

Board of Trustees of the Pipe Fitters' Retirement Fund,
Local 597, et al.
v.
J & B Mechanical, Inc., d/b/a
Independence Test & Balance

Case Number:

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Board of Trustees of the Pipe Fitters' Retirement Fund, Local 597; Board of Trustees of the Pipe Fitters' Welfare Fund, Local 597; Board of Trustees of the Pipe Fitters' Training Fund, Local 597; the Board of Trustees of the Chicago Area Mechanical Contracting Industry Improvement Trust; and the Pipe Fitters Association, Local 597 U.A.

| | |
|---|---|
| NAME (Type or print)<br>Dennis Johnson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Dennis Johnson | |
| FIRM<br>Johnson & Krol, LLC | |
| STREET ADDRESS<br>208 South LaSalle, Suite 1602 | |
| CITY/STATE/ZIP<br>Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237385 | TELEPHONE NUMBER<br>312-372-8587 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐