# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., <br><br> Plaintiffs, <br><br> vs. <br><br> J & B MECHANICAL INC., an Illinois Corporation, d/b/a INDEPENDENCE TEST & BALANCE <br><br> Defendant. | NO.   07 C 7142 <br><br> JUDGE:  PALLMEYER <br><br> MAGISTRATE JUDGE:  SCHENKIER |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Now come Plaintiffs, the BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597, *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court for entry of Default Judgment against   J & B MECHANICAL, INC., d/b/a/ INDEPENDENCE TEST & BALANCE, INC., (hereinafter referred to as "J & B"), and in support of their Motion to state as follows:

1. On December 19th, 2007, Plaintiffs filed their Initial Complaint in the above-captioned matter.

2. On December 27, 2007, copies of the Summons and Complaint were served upon Jo Slavich, the registered agent of Defendant J & B. (Exhibit 1).

3. The Defendant did not file an Answer within 20 days of December 27, 2007, the date on which Defendant was served with the Summons and Complaint. (Fed. R. Civ. P. 12(a)(3)).

4. This case involves unpaid contributions and wages deductions. (Plaintiffs' Complaint, ¶ 7).

5. The amount of contributions and wage deductions owed by Defendant J & B is determined by the number of hours worked by covered employees. (Plaintiffs' Complaint, ¶ 7).

6. Defendant J & B currently owes the TRUST FUNDS and the UNION $36,428.88 in known contributions, liquidated damages, and interest charges, as revealed by the audit.

7. Defendant J & B has failed to submit Contribution Reports and the associated payments for the months of September, October, November and December 2007. These reports are necessary to determine the total amount of damages due and owing Plaintiffs.

8. Plaintiffs have employed the undersigned attorneys in an effort to collect the unpaid contributions, liquidated damages and interest due and owing to them.

9. The Court may render a Default Judgment against a party who has not filed a responsive pleading or otherwise defended the suit. (Fed. R. Civ. P. 55(a)(b)(2)).

10. Plaintiffs respectfully request this Honorable Court enter Default Judgment in favor of Plaintiffs and against Defendant J & B for all unpaid contributions, liquidated damages, interest charges, and attorney's fees, and costs, and to order Defendant to submit Contribution Reports and payment for the months of

September, October, November and December 2007.

11. A proposed Default Judgment Order is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs pray that this Honorable Court enter Default Judgment in favor of Plaintiffs and against Defendant J & B and further order Defendant to submit Contribution Reports and payments for the months of September, October, November, and December, 2007 within 10 days of the Court's Order. .

          Respectfully submitted,

          JOHNSON & KROL, LLC

By:   /s/ William P. Callinan - 6292500
       One of Plaintiffs' Attorneys

William P. Callinan
Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587