## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., | ) ) ) ) ) ) ) ) ) ) ) | NO.:   07 C 7142  JUDGE:  PALLMEYER  MAGISTRATE JUDGE:  SCHENKIER |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| J & B MECHANICAL, INC. d/b/a INDEPENDENCE TEST &  BALANCE an Illinois Corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF MOTION

TO:   J & B Mechanical, Inc., d/b/a Independence Test & Balance
         c/o Jo Slavich
         128 West Pratt Boulevard
         Schaumburg, IL 60172

PLEASE TAKE NOTICE that on **Thursday, January 24, 2008,** I shall appear before the **Honorable Judge Pallmeyer** at approximately **8:45 a.m. in Courtroom 2119**, or any Judge sitting in her stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the attached **Plaintiffs' Motion for Default Judgment.**

Respectfully Submitted,

By: /s/ William P. Callinan - 6292500
One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, IL 60604
(312) 372-8587

## CERTIFICATE OF SERVICE

The undersigned certifies that he served a copy of the above Notice of Motion via e-mail to all parties by operation of the Court's electronic CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the Court as indicated on the Notice of Electronic Filing.


/s/ William P. Callinan - 6292500
One of Plaintiffs' Attorneys