Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7142 | **DATE** | 1/24/2008 |
| **CASE TITLE** | Board of Trustees of the Pipe Fitters' Retirement Fund, et al vs. J & B Mechanical Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs motion for default judgment [10] granted. Default judgment is entered in favor of Plaintiffs and against Defendant J & B. Defendant J & B is ordered to pay to Plaintiffs all known unpaid contributions, liquidated damages and interest that accrued during the period of January 2002 through the present, totaling $46,428.88. Enter Default Judgment Order. Status hearing set for 2/21/2008 is stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01



| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|