IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., <br><br> Plaintiffs, <br><br> vs. <br><br> J & B MECHANICAL, INC. d/b/a INDEPENDENCE TEST & BALANCE an Illinois Corporation, <br><br> Defendant. | NO.: 07 C 7142 <br><br> JUDGE: PALLMEYER <br><br> MAGISTRATE JUDGE: SCHENKIER |

### DEFAULT JUDGMENT ORDER

Default Judgment is hereby entered in favor of Plaintiffs and against Defendant J & B MECHANICAL, INC. d/b/a INDEPENDENCE TEST & BALANCE ("J & B") as follows:

1. Default Judgment is entered in favor of Plaintiffs and against Defendant J & B.

2. Defendant J & B is ordered to pay to Plaintiffs all known unpaid contributions, liquidated damages and interest that accrued during the period of January 2002 through the present, totaling $36,428.88.

3. Defendant J & B is ordered to submit to Plaintiffs Contribution Reports and payments for the months of September, October, November and December 2007, within 10 days from the date of this order.

4. That Defendant is ordered to pay to the Plaintiffs liquidated damages in the amount of ten percent (10%) and interest in the amount of one percent (1%), that has accrued for the months of September, October, November and December 2007, pursuant to the Collective Bargaining Agreement, Trust Agreements, and 29 U.S.C. § 1132(g)(2)(B&C).

5. The Defendant is ordered to pay reasonable attorney's fess and costs incurred by the Plaintiffs pursuant to the Collective Bargaining Agreement, Trust Agreements and 29 U.S.C. § 1132 (g)(2)(D).

6. That the Plaintiffs have such other relief as the Court may deem just and equitable all at Defendant's cost, pursuant to 29 U.S.C. § 1132(g)(2)(E).


ORDERED BY:

_____
HONORABLE JUDGE PALLMEYER

Dated: _Jan 24, 2008_